JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MEDINA POSADA, | ) Case No. CV 20-3274-RGK (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| GABRIEL VALDEZ et al., | ) |
| Respondents. | ) |

Pursuant to the Order Granting Respondents' Motion to Dismiss Petition,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 31, 2020

R. GARY KLAUSNER
U.S. DISTRICT JUDGE